

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00176-CV

| | | |
|---|---|---|
| In the Matter of X.J.T. | § | From the 323rd District Court |
| | § | of Tarrant County (323-98064J-13) |
| | § | February 27, 2014 |
| | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. We modify the deadly weapon finding in the trial court's commitment order as follows:

> The Court affirmatively finds that the Respondent used or exhibited a deadly weapon, to-wit: a firearm, during the commission of the offense found by the jury in Special Issue Number Two or during the immediate flight therefrom.

We modify the trial court's judgment for determinate sentencing to replace the paragraph entitled, "Special Issue Number Two," as follows:

> Do you find from the evidence beyond a reasonable doubt that the Respondent, [appellant], on or about the 5th day of January, 2013, in the County of Tarrant and State of Texas, engaged in

delinquent conduct by committing the offense of aggravated robbery against Anuj Shrestha as hereinbefore defined?

We affirm the remainder of the judgment as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston